Filing # 155246349 E-Filed 08/12/2022 03:47:14 PM

IN THE CIRCUIT COURT OF THE 13TH JUDICIAL
CIRCUIT IN AND FOR HILLSBOROUGH COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO.

DIANA RUIZ,

    Plaintiff,

vs.

CIRCLE K STORES, INC.,

    Defendant.
_____/

## COMPLAINT

Plaintiff, DIANA RUIZ, and by and through undersigned counsel, sues Defendant, CIRCLE K STORES, INC., and alleges as follows:

### General Allegations

1. This is an action for damages in excess of Thirty Thousand Dollars ($30,000.00) exclusive of attorney's fees, interest and costs and therefore, within the jurisdiction of this Court.

2. That at all times material hereto Plaintiff, DIANA RUIZ, was and is a resident of Hillsborough County, Florida and is otherwise sui juris.

3. That at all times Defendant, CIRCLE K STORES, INC., was and is a corporation doing business in Hillsborough County, Florida and throughout the State of Florida and is otherwise sui juris.

4. The accident, which is the subject matter of this lawsuit, arose in Ruskin, Hillsborough County, Florida. Therefore, venue remains in Hillsborough County, Florida.

## COUNT I - NEGLIGENCE AGAINST CIRCLE K STORES, INC.

5. Plaintiff, DIANA RUIZ, adopts and realleges all of the allegations in paragraphs 1 through 4 as though fully set forth herein.

6. That on or about May 18, 2021, Defendant, CIRCLE K STORES, INC., was in possession of, managed, maintained and/or controlled a property located at or near 3702 S US Hwy 41.

7. That at said time and place, Plaintiff, DIANA RUIZ, was on said property as a customer, and therefore, was otherwise lawfully on the property.

8. That at said time and place, Plaintiff, DIANA RUIZ, was walking on said property when Plaintiff, DIANA RUIZ, tripped and fell over a bag of firewood laying in the middle of the walkway.

9. That at all times material, Defendant, CIRCLE K STORES, INC., owed Plaintiff, DIANA RUIZ, the duty to use reasonable care.

10. Defendant, CIRCLE K STORES, INC., breached its duties to Plaintiff, DIANA RUIZ, in one or more of the following respects, including but not limited to:

   a. Failing to exercise reasonable care in properly displaying firewood;

   b. Failing to adequately conduct inspections to ensure that a dangerous, hazardous and unsafe condition such as a bag of firewood was not left in the middle of the walkway;

   c. Failing to warn Plaintiff, DIANA RUIZ, that the walkway was unreasonably dangerous;

   d. Failing to remove all foreign objects from the walkway;

   e. Failing to periodically and properly check the walkway so as to clean and remove the bag of firewood;

  f. Failing to adequately train its staff in the reasonable maintenance and/or cleaning procedures; and/or

  g. Failing to exercise reasonable care in the hiring and/or retention of its staff with regard to experience in cleaning and/or maintenance of similar premises.

11. Defendant, CIRCLE K STORES, INC., had actual knowledge of the dangerous condition; or if Defendant, CIRCLE K STORES, INC., lacked such actual knowledge, this dangerous condition existed for such a length of time that, in the exercise of ordinary care, Defendant, CIRCLE K STORES, INC., should have known of the condition should have known of it; or in the alternative, the condition occurred with regularity and was therefore foreseeable.

12. That this condition was not readily apparent to someone who could get injured, such as Plaintiff, DIANA RUIZ.

13. At all times material, Defendant, CIRCLE K STORES, INC., had exclusive custody and control of the area where Plaintiff, DIANA RUIZ, was injured.

14. As a result of Defendant, CIRCLE K STORES, INC.'s negligence, Plaintiff, DIANA RUIZ, was injured in and about her body and extremities, suffered pain therefrom, incurred medical expenses in the treatment of her injuries, suffered physical handicap, and her working ability was impaired; the injuries are either permanent or continuing in nature and Plaintiff will suffer the losses and impairment in the future.

WHEREFORE, Plaintiff, DIANA RUIZ, demands judgment for damages against Defendant, CIRCLE K STORES, INC., in excess of the jurisdictional limits; compensatory damages; any and all taxable costs; and such other relief as this Court deems just and proper.

## DEMAND FOR TRIAL BY JURY

Pursuant to Florida Rules of Civil Procedure 1.430, Plaintiff, DIANA RUIZ, demands a jury trial for all issues so triable.

Signed on 08/12/2022.

                                      **LAW OFFICES OF JASON TURCHIN**
                                      Attorney for Plaintiff
                                      2883 Executive Park Drive, Ste. 103
                                      Weston, FL 33331
                                      Telephone:   954-659-1605 x 219
                                      Facsimile:    954-659-1380
                                      Email:           whitney@victimaid.com

                                      By:/s/ *Whitney Page, Esq.*
                                      WHITNEY PAGE, ESQ.
                                      Florida Bar No. 1018364
                                      JASON TURCHIN, ESQ.
                                      Florida Bar No. 585300