UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DIANA RUIZ,

    Plaintiff,

v.                                                Case No. 8:22-cv-2141-KKM-AAS

CIRCLE K STORES, INC.,

    Defendant.
_____

## ORDER

    Plaintiff notified the Court that the parties settled this case. (Doc. 18.) Accordingly, the Court orders that this case is **dismissed without prejudice**. *See* Local Rule 3.09(b). Within **30 days** of this order, the parties may submit a stipulated judgment or move to reopen the action. *See id.*; FED. R. CIV. P. 59(e), 60(b). After that 30-day period, dismissal shall be **with prejudice**. The Clerk is directed to terminate any pending motions and deadlines and to close this case.

    **ORDERED** in Tampa, Florida, on February 16, 2023.

*/s/ Kathryn Kimball Mizelle*
Kathryn Kimball Mizelle
United States District Judge